596

No. 318. ART METAL WORKS, INC. *v.* ABRAHAM & STRAUS, INC. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Martin W. Littleton, Joseph Lorenz,* and *Kenneth S. Neal* for petitioner. *Mr. Robert S. Blair* for respondent.

No. 322. UNITED STATES EX REL. NEW MEXICO *v.* ICKES, SECRETARY OF THE INTERIOR. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Frank H. Patton, Peter Q. Nyce, Roy St. Lewis,* and *Samuel W. McIntosh* for petitioner. *Solicitor General Biggs, Assistant Attorney General Blair,* and *Mr. C. E. Collett* for respondent.

Nos. 323 and 324. POWERS ET AL. *v.* JOHNSON, TRUSTEE IN BANKRUPTCY, ET AL. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Frank S. Quinn* and *Will Steel* for petitioners. *Mr. James D. Head* for respondents.

No. 326. MURPHY ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edwin L. Garvin* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John J. Pringle* for respondent.

No. 327. METROPOLITAN LIFE INSURANCE CO. *v.* TRAPP. October 8, 1934. Petition for writ of certiorari to the